UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EMINA MUHAREMOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV666-DJS |
| | ) | |
| DELBERT O. WYSE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is defendant's suggestion of the death of defendant Delbert O. Wyse. If plaintiff's claim has not been extinguished by defendant's death, any party or the successors or representatives of the deceased party may file a motion for substitution no later than August 13, 2007, pursuant to Fed. R. Civ. P. 25(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** that, if defendant Wyse's death did not extinguish plaintiff's claim, any party or the successors or representatives of defendant may file a motion for substitution no later than August 13, 2007, pursuant to Fed. R. Civ. P. 25(a)(1).

Dated this ___16th___ day of May, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE